# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MCHENRY AND KARL ZUMWALT,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>Defendants. | 1:15-cv-1751-LJO-SMS<br><br>ORDER RE STIPULATION TO DISMISS (Doc. 10) |

On February 17, 2016, the parties filed a stipulation to dismiss without prejudice this entire action.[1] Doc. 10 at 2. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **February 18, 2016**              **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The Court will construe the parties' stipulation to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1